## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **RICH LAND SEED CO., INC.** | **CIVIL ACTION NO. 3:21-CV-01865** |
| **Plaintiff,** | **JUDGE TERRY A. DOUGHTY** |
| v. | **MAG. JUDGE KAYLA D. McCLUSKY** |
| **BLSW PLEASURE CORPORATION, ET AL.,** | |
| **Defendants.** | |

## **CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, with a full reservation of all rights, objections, defenses, and motions, comes Memphis Light, Gas & Water ("MLGW"), referred to by plaintiff as City of Memphis Light, Gas & Water Division, Inc., who, in compliance with Federal Rule of Civil Procedure 7.1, discloses as follows:

1. MLGW has no parent corporation.

2. MLGW has no publicly held corporation owning 10% or more of its stock.

Dated this 14th day of July, 2021.

                              Respectfully submitted,

By:   */s/ Adam B. Zuckerman*
        Adam B. Zuckerman (#25943)
        Lauren Brink Adams (#37052)
        Kennard B. Davis (#38181)
        **BAKER DONELSON BEARMAN**
        **CALDWELL & BERKOWITZ, PC**
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana  70170
        Telephone:  (504) 566-5200
        Facsimile:  (504) 636-4000
        azuckerman@bakerdonelson.com
        lbrink@bakerdonelson.com
        kbdavis@bakerdonelson.com

*Attorneys for Memphis Light, Gas & Water*

## CERTIFICATE OF SERVICE

I certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants, and mailed the Corporate Disclosure Statement to all other parties by United States mail, first-class postage pre-paid, at the addresses specified by Plaintiff in its Petition for Damages.

                                          */s/ Adam B. Zuckerman*
                                          ADAM B. ZUCKERMAN