UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RICH LAND SEED CO.** | **CASE NO. 3:21-CV-01865** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MEMPHIS LIGHT GAS & WATER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to remand [doc. 11] be **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants, BLSW Pleasure Corporation; Bryson Oil & Gas, Inc.; C H Cuatro; Equitable Petroleum Corporation; Lo-Ho-Fi Corporation; Loe Oil & Gas Corporation; Marlog, Inc.; Quad Drilling Corporation; S. H. Loe Oil Corporation; and WG Gas, LLC, be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims brought as relator on behalf of the State of Louisiana and the Commissioner of Conservation be **DISMISSED WITHOUT PREJUDICE**.

Monroe, Louisiana, this 17th day of February 2022.

_____
Terry A. Doughty
United States District Judge