# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **RICH LAND SEED CO.** | **CASE NO. 3:21-CV-01865** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MEMPHIS LIGHT GAS & WATER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 19] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant suit is **DISMISSED WITHOUT PREJUDICE**.

Monroe, Louisiana, this 28th day of March 2022.

_____
Terry A. Doughty
United States District Judge